AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

WYNDHAM HOTELS AND RESORTS, LLC, a Delaware limited liability company, WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation

*Plaintiff(s)*

v.

LEISURE GETAWAYS, INC., a Texas corporation, ALEXANDER CAVIT HANDLEY, individually and MICHAEL MORRELL, individually,

*Defendant(s)*

Civil Action No. 6:17cv 501-orl-31GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Morrell
69 La Jolla Circle
Montgomery, TX 77381

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary Leslie Smith, Esq.
Foley & Lardner LLP
2 S. Biscayne Boulevard
One Biscayne Tower, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/20/17

*Signature of Clerk or Deputy Clerk*