UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WYNDHAM HOTELS AND RESORTS, LLC and WYNDHAM VACATION OWNERSHIP, INC.,**

      **Plaintiffs,**

v.  Case No:  6:17-cv-501-Orl-31GJK

**LEISURE GETAWAYS, INC., ALEXANDER CAVIT HANDLEY and MICHAEL MORRELL,**

      **Defendants.**

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO WITHDRAW AS COUNSEL OF RECORD (Doc. No. 32)** |
| **FILED:** | **December 8, 2017** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

The matter before the Court is a motion to withdraw as counsel of record for Defendants. Doc. No. 32. Defendants have been represented by Spencer Edwards, Esq. and William B. Pringle, III, Esq. Doc. No. 20. Mr. Edwards was admitted *pro hac vice*, and Mr. Pringle was serving as local counsel. *Id.* On November 16, 2017, the Florida Bar suspended Mr. Pringle. Doc. No. 32 at 5-6. On November 27, 2017, United States District Judge Gregory A. Presnell ordered Mr. Edwards to secure new local counsel by December 18, 2017. Doc. No. 31.

On December 8, 2017, Mr. Pringle filed a motion (the "Motion") requesting leave to withdraw as Defendants' counsel, noting his current suspension from the Florida Bar. Doc. No. 32. On December 15, 2017, Ernest J. Myers, Esq. filed a notice of appearance (the "Notice") designating him as local counsel. Doc. No. 33. Reading the Motion and the Notice in conjunction, Mr. Myers seeks to replace Mr. Pringle as local counsel in this case. After considering the Motion, the Court finds it to be well-taken.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 32) is **GRANTED**; and

1) William B. Pringle, III, Esq. has withdrawn as local counsel for Defendants and is hereby terminated from the case; and

2) Ernest J. Myers, Esq., as local counsel for Defendants, hereby fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney. If Mr. Myers is unwilling to assume all of the required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order; and

3) All further court documents relating to Defendants shall be served on Ernest J. Myers, Esq. and Spencer Edwards, Esq.

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties