**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WYNDHAM HOTELS AND RESORTS, LLC,**
a Delaware limited liability company,
**WYNDHAM VACATION OWNERSHIP, INC.,**
a Delaware corporation

                                                    **CASE NO: 6:17-cv-00501-GAP-GJK**

      **Plaintiffs,**

**vs.**

**LEISURE GETAWAYS, INC.,** a Texas
corporation, **ALEXANDER CAVIT HANDLEY**
individually, and **MICHAEL MORRELL,**
individually,

      **Defendants.**

                                                                 /

## NOTICE OF SCHEDULED MEDIATION

Plaintiff, Wyndham Vacation Ownership, Inc. ("WVO"), by and through undersigned counsel, pursuant to the Order Referring Case to Mediator [D.E. 23], hereby notifies the Court that mediation will take place on April 12, 2018 at 9:30 a.m. at the law offices of Foley & Lardner LLP, 111 North Orange Avenue, Suite 1800, Orlando, Florida  32801 before Todd M. Hoepker, Esq.

Dated: March 1, 2018                *s/Mary Leslie Smith*
                                               Mary Leslie Smith (Florida Bar No. 774243)
                                               mlsmith@foley.com
                                               Ana Romes
                                               aromes@foley.com
                                               Florida Bar No. 101179
                                               One Biscayne Tower, Suite 1900
                                               2 South Biscayne Boulevard
                                               Miami, Florida 33131
                                               Tel. No.:  305-482-8400
                                               Fax No:  305-482-8600

4846-4237-0142.1

And

Christina M. Kennedy
ckennedy@foley.com
Florida Bar No. 058242
Foley & Lardner LLP
111 North Orange Avenue
Orlando, FL  32801-2386
Tel. No.:  407.423.7656
Fax No:  407.648.1743

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 1st day of March, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Mary L. Smith*
Mary Leslie Smith