# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WYNDHAM HOTELS AND RESORTS,
LLC and WYNDHAM VACATION
OWNERSHIP, INC.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　Case No:　6:17-cv-501-Orl-31GJK

**LEISURE GETAWAYS, INC.,
ALEXANDER CAVIT HANDLEY and
MICHAEL MORRELL,**

    **Defendants.**

## ORDER

This cause is before the Court *sua sponte*.   A Notice of Mediation was filed informing the Court that mediation was scheduled for April 12, 2018 (Doc. 42).   The parties are hereby **ORDERED** to advise the Court by May 17, 2018, regarding the status of the mediation which was scheduled for April 12, 2018, and required to be conducted on or before **April 16, 2018**, in accordance with this Court's order entered at Doc. 22.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 3, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party