**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WYNDHAM HOTELS AND RESORTS, LLC,**
a Delaware limited liability company,
**WYNDHAM VACATION OWNERSHIP, INC.,**
a Delaware corporation,

      Plaintiffs,                      **CASE NO: 6:17-cv-00501-GAP-GJK**

vs.

**LEISURE GETAWAYS, INC.,** a Texas
corporation, **ALEXANDER CAVIT HANDLEY**
individually, and **MICHAEL MORRELL,**
individually,

      Defendants.
_____/

## NOTICE OF PENDING FINAL SETTLEMENT

Plaintiffs, Wyndham Hotels and Resorts, LLC and Wyndham Vacation Ownership, Inc., and Defendants, Leisure Getaways, Inc., Alexander Cavit Handley, and Michael Morrell, through their undersigned counsel, (collectively the "Parties") file this Notice of Pending Settlement and collectively state:

    1.    The Parties mediated this case on April 12, 2018 before Todd M. Hoepker, Esq. for over eight hours. The Parties agreed to adjourn the mediation in an effort to continue their settlement negotiations.

    2.    Over the course of the last 30 days, the Parties have negotiated in good faith and have reached the terms of a settlement, but have not yet finalized a written settlement agreement.

    3.    The Parties expect to have a duly executed global settlement agreement on or before May 25, 2018.

4. Accordingly, for good cause shown due to a pending settlement and to conserve the Parties' litigation resources, the Parties respectfully request until May 25, 2018 to file a joint stipulation of settlement and dismissal .

Respectfully submitted on this 11th day of May, 2018

| | |
|---|---|
| Foley & Lardner LLP<br>2 South Biscayne Boulevard<br>One Biscayne Tower, Suite 1900<br>Miami, FL  33131<br>Tel: 305-482-8400<br>Fax: 305-482-8600<br><br><br>By:     /s/ Mary Leslie Smith<br>          Florida Bar No. 774243<br>          mlsmith@foley.com<br>          Ana Romes<br>          Florida Bar No. 101179<br>          aromes@foley.com<br><br>AND<br><br>Christina M. Kennedy, Esq.<br>Foley & Lardner LLP<br>111 North Orange Avenue<br>Orlando, FL  32801<br>Tel: 407-423-7656<br>Fax: 407-648-1743<br><br>***Attorneys for Plaintiff*** | The Hudgins Law Firm<br>24 Greenway Plaza<br>Suite 2000<br>Houston, TX  77046<br>Tel: 713-623-2550<br>Fax: 713-623-2793<br><br><br>By:     /s/ Spencer Edwards<br>          Spencer Edwards<br>          Texas Bar No. 90001513<br>          sedwards@hudgins-law.com<br><br>AND<br><br>Ernest J. Myers, Esq.<br>Marcus & Myers, P.A.<br>1515 Park Center Drive<br>Suite 2G<br>Orlando, FL  32835<br>Tel: 407-447-2550<br>Fax: 407-447-2551<br><br><br>***Attorneys for Defendants*** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 11th day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Mary Leslie Smith*
Mary Leslie Smith