## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**WYNDHAM HOTELS AND RESORTS, LLC,**
**a Delaware limited liability company,**
**WYNDHAM VACATION OWNERSHIP, INC.,**
**a Delaware corporation,**

        **Plaintiffs,**　　　　　　　　　　　　**CASE NO: 6:17-cv-00501-GAP-GJK**

**vs.**

**LEISURE GETAWAYS, INC., a Texas**
**corporation, ALEXANDER CAVIT HANDLEY**
**individually, and MICHAEL MORRELL,**
**individually,**

        **Defendants.**

_____/

### JOINT MOTION TO REOPEN CASE FOR APPROVAL
### OF STIPULATION OF SETTLEMENT AND DISMISSAL

        Plaintiffs, Wyndham Hotels and Resorts, LLC and Wyndham Vacation Ownership, Inc.,

and Defendants, Leisure Getaways, Inc., Alexander Cavit Handley, and Michael Morrell,

through their undersigned counsel, (collectively the "Parties"), and pursuant to the Court's Order

of May 15, 2018 [ECF # 47], M.D. Fla. L. R 3.08(b), and Fed. R. Civ. P. 41(b), jointly move for

the entry of an Order approving the parties' Joint Stipulation of Settlement and Dismissal.

        Plaintiffs initiated this suit for injunctive relief under the Lanham Act and the Florida

Deceptive and Unfair Trade Practices Act. Following discovery, the parties mediated this case

and agreed to adjourn the mediation in an effort to continue their settlement negotiations.   On

May 11, 2018, the parties' counsel jointly filed a Notice of Pending Settlement [ECF # 46] and

on May 15, 2018, this Court entered an Order pursuant to Local Rule 3.08(d) directing the Clerk

to administratively close this case subject to the right of any party to move the Court within sixty

(60) days to reopen the file for the purposes of entering a stipulated form of final order [ECF #47].

The Parties, having now finalized their settlement agreement and having entered into a Joint Stipulation of Settlement and Dismissal, attached hereto as Exhibit "A," move this Court pursuant to Local Rule 3.08(d) for the entry of the attached, proposed Order approving their Joint Stipulation of Settlement and Dismissal and dismissing this action without prejudice.

WHEREFORE, the Parties respectfully request this Court to enter the Parties Agreed Order Affirming Joint Stipulation of Settlement and Dismissal, together with such further relief as this Court deems just.

Respectfully submitted on this 8th day of June, 2018

| | |
|---|---|
| Foley & Lardner LLP<br>2 South Biscayne Boulevard<br>One Biscayne Tower, Suite 1900<br>Miami, FL  33131<br>Tel: 305-482-8400<br>Fax: 305-482-8600 | The Hudgins Law Firm<br>24 Greenway Plaza<br>Suite 2000<br>Houston, TX  77046<br>Tel: 713-623-2550<br>Fax: 713-623-2793 |
| By:  *s/Mary Leslie Smith*<br>      Mary Leslie Smith<br>      Florida Bar No. 774243<br>      mlsmith@foley.com<br>      Ana Romes<br>      Florida Bar No. 101179<br>      aromes@foley.com | By:  *s/Spencer Edwards*<br>      Spencer Edwards<br>      Texas Bar No. 90001513<br>      sedwards@hudgins-law.com<br><br>And |
| And<br><br>Christina M. Kennedy, Esq.<br>Foley & Lardner LLP<br>111 North Orange Avenue<br>Orlando, FL  32801<br>Tel: 407-423-7656<br>Fax: 407-648-1743<br><br>***Attorneys for Plaintiff*** | Ernest J. Myers, Esq.<br>Marcus & Myers, P.A.<br>1515 Park Center Drive<br>Suite 2G<br>Orlando, FL  32835<br>Tel: 407-447-2550<br>Fax: 407-447-2551<br><br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Mary Leslie Smith*
Mary Leslie Smith

4824-3391-1912.1

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM HOTELS AND RESORTS, LLC,
a Delaware limited liability company,
WYNDHAM VACATION OWNERSHIP, INC.,
a Delaware corporation,

     Plaintiffs,                 CASE NO: 6:17-cv-00501-GAP-GJK

vs.

LEISURE GETAWAYS, INC., a Texas
corporation, ALEXANDER CAVIT HANDLEY
individually, and MICHAEL MORRELL,
individually,

     Defendants.

_____/

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiffs, Wyndham Hotels and Resorts, LLC and Wyndham Vacation Ownership, Inc., hereinafter referred to as "Plaintiffs" and Defendants, Leisure Getaways, Inc., Alexander Cavit Handley, and Michael Morrell, hereinafter referred to as "Defendants," through their undersigned counsel, and pursuant to Rule 41, *Fed.R.Civ.P.* hereby stipulate to the dismissal of this action without prejudice. The parties respectfully request that this Court dismiss this case on the conditions set forth in the attached Agreed Order Affirming Joint Stipulation of Settlement and Dismissal. A proposed Order is attached as Exhibit "1".

4816-0973-0920.1

**COUNSEL FOR PLAINTIFFS:**                          **COUNSEL FOR DEFENDANTS:**

_____*s/Mary Leslie Smith*_____

Mary Leslie Smith, Esq.
Florida Bar No.: 774243
**FOLEY & LARDNER LLP**
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Tel. No.: 305-482-8400
Fax No: 305-482-8600
Email: mlsmith@foley.com

And

Christina M. Kennedy, Esq.
Florida Bar No.: 058242
Foley & Lardner LLP
111 North Orange Avenue
Orlando, FL 32801
Tel: 407-423-7656
Fax: 407-648-1743
Email: ckennedy@foley.com

*Attorneys for Plaintiffs*


_____*s/Spencer Edwards*_____

Spencer Edwards, Esq.
Texas State Bar No.: 90001513
**THE HUDGINS LAW FIRM**
24 Greenway Plaza, Suite 2000
Houston, TX 77046
sedwards@hudgins-law.com
Telephone: (713) 623-2550
Facsimile: (713) 623-2793
Email: sedwards@hudgins-law.com

And

Ernest J. Myers, Esq.
Florida Bar No.: 947350
Marcus & Myers, P.A.
1515 Park Center Drive
Suite 2G
Orlando, FL 32835
Tel: 407-447-2550
Fax: 407-447-2551
emyers@marcusmyerslaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 8th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Mary Leslie Smith*
Mary Leslie Smith

# EXHIBIT "1"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WYNDHAM HOTELS AND RESORTS, LLC,**
a Delaware limited liability company,
**WYNDHAM VACATION OWNERSHIP, INC.,**
a Delaware corporation,

        **Plaintiffs,**                **CASE NO: 6:17-cv-00501-GAP-GJK**

vs.

**LEISURE GETAWAYS, INC., a Texas**
**corporation, ALEXANDER CAVIT HANDLEY**
**individually, and MICHAEL MORRELL,**
**individually,**

        **Defendants.**

_____/

## AGREED ORDER AFFIRMING JOINT STIPULATION OF SETTLEMENT AND DISMISSAL

THIS CAUSE, having come before the Court on the parties' Joint Stipulation of Settlement and Dismissal, and the Court having reviewed the Stipulation, the file and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that this action is hereby dismissed without prejudice against Defendants, Leisure Getaways, Inc., Alexander Cavit Handley and Michael Morrell, with each party shall bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers, in Orlando, Florida, this _____ day of _____, 2018.

_____
U.S. DISTRICT JUDGE

cc:    All counsel of record