# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WYNDHAM HOTELS AND RESORTS, LLC and WYNDHAM VACATION OWNERSHIP, INC.,**

      **Plaintiffs,**

**v.**                                                                        **Case No:**   **6:17-cv-501-Orl-31GJK**

**LEISURE GETAWAYS, INC., ALEXANDER CAVIT HANDLEY and MICHAEL MORRELL,**

      **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Motion to Reopen case for Approval of Stipulation of Settlement and Dismissal (Doc. 49), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the Motion is GRANTED.  This case is dismissed without prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 11, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties